Leonora M. Schloss (SBN 145142)
Leonora.Schloss@jacksonlewis.com
Kevin D. Finley (SBN 318193)
Kevin.Finley@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants
UNION OF ORTHODOX JEWISH
CONGREGATIONS OF AMERICA and NACHUM RABINOWITZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAAKOV MARKEL,<br><br>            Plaintiff,<br><br>    v.<br><br>UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, a corporation; Nachum Rabinowitz, an individual; DOES 1-100,<br><br>            Defendants. | Case No.:<br><br>**DECLARATION OF LENNY BESSLER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. SECTION 1332**<br><br>[Filed concurrently with Civil Cover Sheet; Certification and Notice of Interested Parties; Corporate Disclosure Statement; Notice of Removal; and Declarations of Kevin D. Finley and Nachum Rabinowitz] |

Case No.:     1     DECLARATION OF LENNY BESSLER

# DECLARATION OF LENNY BESSLER

I, Lenny Bessler, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, the following:

1. I am over the age of 18. I have personal knowledge as to the matters set forth herein and, if called to testify in this matter, I could and would competently testify thereto.

2. I have been employed as the Chief Human Resources Officer for the Union of Orthodox Jewish Congregations of America (the "OU") from June 1, 2006 to present. Prior to working as the Chief Human Resources Officer, I worked as a Public School Outreach Advisor, Assistant Director, National Administrative Director and Deputy to the Executive Vice President at the OU from 1985 until commencing my current role. In this capacity, I am familiar with the business structure, operations, and state of organization used by the OU, as well as with the nature of its overall operations. I also have access to employees' work files and payroll records, which the OU keeps and maintains in the ordinary course of business.

3. On September 30, 2019, Plaintiff Yaakov Markel ("Plaintiff") filed a civil complaint against Defendants in the Superior Court of the State of California in and for the County of Los Angeles entitled *Yaakov Markel v. Union of Orthodox Jewish Congregations of America, a corporation; Nachum Rabinowitz, an individual; DOES 1-100*, Case No. 19STCV34831, which sets forth five causes of action against Defendants for: (1) Violation of Labor Code; (2) Unfair Business Practices; (3) Fraud; (4) Negligent Misrepresentation; and (5) Failure to Provide Itemized Wage Statements.

4. Plaintiff served Defendant OU with the Summons and Complaint on or around November 19, 2019 via personal service at 9831 W. Pico Boulevard, Ste. 103, Los Angeles, CA 90035.

5. In my capacity as Chief Human Resources Officer of the OU, I am aware that the OU was, at the time of filing of the Complaint, and still is, incorporated under the

laws of the State of New York. The OU's principal place of business is located at 11 Broadway, New York, New York, and its corporate functions and operations are centrally managed from its headquarters in New York, New York.

6. Based upon my review of Plaintiff Yaakov Markel's ("Plaintiff") work file, which is kept and maintained in the normal course of business, I am aware that his address on file throughout his employment with the OU indicates that he resided in Agoura Hills, California 91301.

I have read this Declaration and declare under penalty of perjury that the foregoing is true and correct. Executed this _16th_ day of December, 2019 at _New York, N.Y._.

LENNY BESSLER

4846-6610-0910, v. 1

Case No.:                                     3                DECLARATION OF LENNY BESSLER