# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAAKOV MARKEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, a corporation; NACHUM RABINOWITZ, an individual; and DOES 1-100,<br><br>　　　　Defendants. | Case No. 2:19-cv-10704-JWH-SK<br><br>**JUDGMENT** |

Pursuant to the "Memorandum Opinion and Order on Defendants' Motion for Summary Judgment and Request for Judicial Notice [ECF Nos. 56 & 67]" filed substantially concurrently herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1332 and 1441.

2. Defendants Union of Orthodox Jewish Congregations of America and Nachum Rabinowitz shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff Yaakov Markel. Plaintiff Yaakov Markel shall take nothing by way of his Complaint. This action is **DISMISSED**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 3, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE